|   |   |
|---|---|
| Michael Millen<br>Attorney at Law (#151731)<br>119 Calle Marguerita Ste. 100<br>Los Gatos, CA 95032<br>Telephone: (408) 871-0777<br>Fax: (408) 866-7480<br>mikemillen@aol.com<br><br>Attorney for Plaintiff | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. HAMPSMIRE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA CRUZ,<br>KEVIN VOGEL in his official capacity as police chief for the CITY OF SANTA CRUZ,<br>PATRICK BAYANI, in his individual and official capacity as a police officer for the CITY OF SANTA CRUZ , and<br>CHRIS VIGIL, in his individual and official capacity as a police officer for the CITY OF SANTA CRUZ,<br><br>    Defendants. | NO.: CV 11-003408 RMW<br><br>**ORDER CONTINUING SUMMARY JUDGMENT / CMC DATES** |

Good cause appearing, the court hereby orders that the June 15, 2012, Summary Judgment and CMC dates be continued until August 31, 2012 at 9:00 a.m. and 10:30 a.m., respectively.

Dated:

_Ronald M. Whyte_
RONALD M. WHYTE
UNITED STATES DISTRICT COURT
JUDGE